# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ERICA EVANS,** *et al.* **PLAINTIFFS**

**v.**  Case No. 4:18-cv-00889-LPR

**PROGRESSIVE CASUALTY INS. CO.** **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on February 6, 2020, it is considered, ordered, and adjudged that Plaintiff Erica Evans's and FLSA opt-in Plaintiffs' claims are DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce the parties' settlement.

IT IS SO ADJUDGED this 6th day of February 2020.

Lee P. Rudofsky<br>
UNITED STATES DISTRICT JUDGE